```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/4/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MRINALINI, INC., a Delaware Corporation,

                Plaintiff,

-against-

VALENTINO S.p.A., an Italian Corporation and VALENTINO U.S.A., INC., a Delaware Corporation,

                Defendants.

1:22-cv-2453 (MKV)

**ORDER**

---

MARY KAY VYSKOCIL, United States District Judge:

    A Conference in this action is hereby scheduled for June 7, 2023 at 3:00 PM in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

**SO ORDERED.**

**Date:  May 4, 2023**
**New York, NY**

                                                                                 **MARY KAY VYSKOCIL**
                                                                            **United States District Judge**