```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/7/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MRINALINI, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>-against-<br><br>VALENTINO S.p.A., an Italian Corporation and VALENTINO U.S.A., INC., a Delaware Corporation,<br><br>Defendants. | 1:22-cv-2453 (MKV) |
| VALENTINO S.p.A., an Italian Corporation,<br><br>Plaintiff,<br><br>-against-<br><br>MRINALINI, INC., a Delaware Corporation,<br><br>Defendant. | 1:23-cv-2319 (MKV)<br><br>**ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

The Court held a Conference on June 7, 2023 for the above-referenced cases. As discussed at the Conference, the parties shall brief Valentino's motion to confirm an arbitration award in Case No. 23-cv-2319 pursuant to the following schedule: the moving brief is due June 30, 2023; the opposition is due July 21, 2023; and any reply is due July 28, 2023.

With respect to Case No. 22-cv-2453, Mrinalini, Inc. shall submit a letter to the Court on or before June 21, 2023, advising the Court of its response to the letter at ECF No. 63, regarding which of its claims, if any, remain unresolved by the Italian arbitration that has concluded. Valentino shall respond to that letter on or before July 5, 2023, advising the Court on whether it agrees that such claims remain unresolved and explaining its view on whether those claims are addressed by its previously filed motion to dismiss.

**SO ORDERED.**

**Date: June 7, 2023
       New York, NY**

                                                **MARY KAY VYSKOCIL
United States District Judge**

2