UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/13/2024
```

MRINALINI, INC., a Delaware Corporation,

Plaintiff,

-against-

VALENTINO S.p.A., an Italian Corporation and VALENTINO U.S.A., INC., a Delaware Corporation,

Defendants.

1:22-cv-2453 (MKV)

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On February 26, 2024, the Court issued an Opinion and Order in related Case No. 23-cv-2319 GRANTING the petition and subsequent motion of Valentino S.p.A. to confirm and enforce a final arbitration award issued by the Chamber of Arbitration of Milan pursuant to Section 207 of the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 207 *et seq.*, and the New York Convention on the Recognition and Enforcement of Foreign Arbitral Awards, June 10, 1958, 21 U.S.T. 2517, 330 U.N.T.S. 38. [ECF No. 39]. The Court subsequently denied Mrinalini Inc.'s motion to stay execution pending appeal in the Second Circuit. [ECF No. 47].

Accordingly, IT IS HEREBY ORDERED that with respect to this case, Case No. 22-cv-2452, Mrinalini, Inc. shall submit a letter to the Court **on or before May 31, 2024**, advising the regarding which of its claims, if any, remain unresolved by the Italian arbitration that has concluded and in light of the Court's February 26 opinion and order at ECF No. 39. Valentino shall respond to that letter **on or before June 14, 2024**, advising the Court on whether it agrees that such claims remain unresolved and explaining its view on whether those claims are addressed by its previously filed motion to dismiss. **The letters shall be no more than five pages.**

**SO ORDERED.**

**Date:  May 13, 2024**
       **New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

2